**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 10, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| v. | § | UNDER SEAL |
| | § | **4:22-cr-560** |
| CARLOS FAVIAN MARTINEZ | § | |
| aka Cuate | § | |

### ORDER FOR ISSUANCE OF BENCH WARRANT

A __CRIMINAL INDICTMENT__ has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

Defendant

CARLOS FAVIAN MARTINEZ

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on __November 09, 2022__

*Dena Palermo*

UNITED STATES MAGISTRATE JUDGE