## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                                                     Case Number: 4:22–cr–00560

Carlos Favin Martinez

---

### Notice of Intra-District Transfer of Defendant

    The U.S. Marshal Service is directed to TRANSFER defendant Carlos Favin Martinez to the Houston Division, the Charging Division.

    An Initial Appearance is set on 11/28/2022, at 02:00 PM before Magistrate Judge Yvonne Y Ho.

---

Date:   November 16, 2022                                                                    Nathan Ochsner, Clerk