United States District Court
Southern District of Texas
**ENTERED**
November 16, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:22–cr–00560 |
| § | |
| Carlos Favin Martinez, Pedro Calvillo § | |
| Hernandez , Jose de Jesus Tapia Fernandez | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as the delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of a new trial, the dismissal of an action, or a finding of contempt.

It is so **ORDERED**.

**SIGNED** on November 16, 2022.

_____
Ronald G. Morgan
United States Magistrate Judge