United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:22-CR-560-1 |
| § | |
| CARLOS FAVIAN MARTINEZ § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) __1s -5s__, a presentence report is ordered.

1. By **March 24, 2025,** the initial presentence report must be disclosed to counsel. (*about 35 days after determination of guilt*).

2. By **April 7, 2025,** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection. (*14 days after disclosure*).

3. By **April 21, 2025,** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues. (*14 days after disclosure*).

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. Sentencing is set for **May 5, 2025** at **10:00 AM.** in Courtroom 9C. (*no sooner than 35 days from initial disclosure*).

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

United States Probation Department
Room 2301, 515 Rusk Avenue,
Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED at Houston, Texas on February 6, 2025.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE