IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:22-cr-00560-1 |
| | § | |
| CARLOS FAVIAN MARTINEZ | § | |

### UNOPPOSED MOTION TO CONTINUE DEFENDANT'S RESTITUTION HEARING

TO THE HONORABLE GEORGE C. HANKS, JR., UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

CARLOS FAVIAN MARTINEZ, Defendant in the above styled and numbered cause, moves this Court to continue the restitution hearing that is set for September 3, 2025.

1. At the time of sentencing, the government requested that the restitution issue be continued in order to give them time to get the information that would allow them to proceed.

2. Undersigned counsel is scheduled for eye surgery on Wednesday, September 3, 2025, and September 17, 2025 (the other eye). Should recuperation goes as planned, Counsel should be able to appear and proceed the following week.

3. Counsel for the codefendant, Jose De Tapia Fernandez has filed a motion to continue [Doc. No. 791] this hearing as well and it is currently pending before this court.

1

This motion is not brought for purposes of delay but so that justice maybe be served. WHEREFORE, PREMISES CONSIDERED, Defendant prays that this court grant this Motion and continue the hearing.

Respectfully submitted,

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER
Federal ID No. 3603
TBA No. 17724300
Schaffer Kennedy Johnson
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034
Email: kentschaffer@gmail.com

JAVIER O. MARTINEZ
Federal ID No. 2164819
TBA No. 24082538
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
jom@martinezcriminaldefense.com

JAMES M. KENNEDY
Federal ID No. 30414
TBA No. 24008754
Schaffer Kennedy Johnson
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034
Email: jameskennedy@skjm.law

CRISPIN C. J. QUINTANILLA, III
5526 N 10th
McAllen, Texas 78504
Telephone: (956) 682-9477
Email: gqplaw@yahoo.com

Counsel for Defendant,
CARLOS FAVIAN MARTINEZ

2

## CERTIFICATE OF CONFERENCE

I, Kent A. Schaffer, certify that I have attempted to confer with AUSA Alex Alum regarding this motion to continue, but have been unable to reach him for his position.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER